IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **QUINTIN PHILLIPPE JONES,** *Plaintiff,* <br><br> v. <br><br> **DAVID GUTIERREZ,** Chair, <br> Texas Board of Pardons and Paroles <br><br> **D'WAYNE JERNIGAN,** Member, <br> Texas Board of Pardons and Paroles <br><br> **CARMELLA JONES,** Member, <br> Texas Board of Pardons and Paroles <br><br> **JAMES LAFAVERS,** Member, <br> Texas Board of Pardons and Paroles <br><br> **BRIAN LONG,** Member, <br> Texas Board of Pardons and Paroles <br><br> **ED ROBERTSON,** Member, <br> Texas Board of Pardons and Paroles <br><br> **LINDA MOLINA,** Member, <br> Texas Board of Pardons and Paroles <br> *Defendants.* | Civil No. _____ <br><br> ***EXECUTION SCHEDULED FOR MAY 19, 2021*** |

**PLAINTIFF QUINTIN PHILLIPPE JONES'S
MOTION FOR RESOLUTION OF MOTION FOR STAY OF
EXECUTION ON AN EXPEDITED BASIS**

**Mr. Jones is scheduled to be executed on
Wednesday, May 19, 2021 after 6:00 p.m.**

1. Mr. Jones is scheduled to be executed after 6:00 p.m. on Wednesday, May 19, 2021. Absent judicial intervention, the State of Texas plans to execute Mr. Jones in a manner that violates his rights under the Fourteenth Amendment's Due Process and Equal Protection Clauses, and the Eighth Amendment.

2. Mr. Jones filed his Complaint as soon as possible – hours after the Board issued its decision on May 18, 2021. Given Mr. Jones's imminent execution date, he respectfully moves this Court to take up his motion for a temporary stay of execution on an expedited basis.

Respectfully submitted,

Michael Mowla
P.O. Box 868
Cedar Hill, TX 75106
Phone:  972-795-2401
Fax:  972-692-6636
michael@mowlalaw.com
Texas Bar No. 24048680
Counsel for Jones and
Attorney-in-Charge

**/s/ Michael Mowla**
**Michael Mowla**

## **Certificate of Service**

I certify that on May 19, 2021, a copy of this document was served via email on the following counsel:

Bettie Wells, General Counsel
Texas Board of Pardons and Paroles
209 West 14th Street, Suite 500
Austin, Texas 78701
Phone: (512) 406-5353
Bettie.Wells@tdcj.texas.gov

          **/s/ Michael Mowla**
          **Michael Mowla**