IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| QUINTIN JONES, | § | |
| *Plaintiff*, | § | |
| | § | CIVIL ACTION NO. 4:21-CV-01641 |
| v. | § | Hon. George C. Hanks, Jr. |
| | § | *DEATH PENALTY CASE* |
| DAVID GUTIERREZ, et al., | § | |
| *Defendants*. | § | |

## DEFENDANTS' NOTICE OF APPEARANCE

This case involves a federal civil rights complaint filed pursuant to 42 U.S.C. § 1983 by Texas death row inmate Quintin Philippe Jones. The undersigned attorney hereby enters this appearance of counsel on behalf of Defendants David Gutierrez, Chair, Texas Board of Pardons and Paroles, and members of the Texas Board of Pardons and Paroles A. D'Wayne Jernigan, Carmella Jones, James Lafavers, Brian Long, Ed Robertson, Linda Molina, Members.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT C. WEBSTER
First Assistant Attorney General

JOSH RENO
Deputy Attorney General
For Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

 s/ Cara Hanna
CARA HANNA
Assistant Attorney General
State Bar No. 24055622
Southern I.D. No. 915870

Post Office Box 12548, Capitol Station
Austin, Texas 78711
Tel.: (512) 936-1400
Fax: (512) 320-8132
Email: cara.hanna@oag.texas.gov

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

    I do herby certify that on May 19, 2021, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" (NEF) to the following counsel of record, who consented in writing to accept the NEF as service of this document by electronic means:

Michael Mowla
P.O. Box 868
Cedar Hill, TX 75106
michael@mowlalaw.com

                                        s/ Cara Hanna
                                        CARA HANNA
                                        Assistant Attorney General