IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| QUINTIN PHILLIPPE JONES, | § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. 21-CV-1641 |
| DAVID GUTIERREZ, et al., | § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

The Court dismisses Quintin Phillippe Jones' complaint pursuant to 42 U.S.C. § 1983 with prejudice.

SIGNED at Houston, Texas, on _____May 19_____, 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE